**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   HOWARD E. HINMAN,                              No. C-05-3509 MJJ

12            Plaintiffs,                           **ORDER RE STATUS STATEMENT**

13       v.

14   FUJITSU SOFTWARE CORPORATION,

15            Defendants.
                                                /
16

17          Upon reviewing the docket in this matter, the Court notes that there has been a period of

18   inactivity.  To apprise the Court of any recent development and to ensure the progress and resolution

19   of this matter, the Court directs the parties to file a joint statement detailing the current status of this

20   action.  The parties shall file the statement within seven business days of the filing date of this Order.

21   If, upon reviewing the parties' statement, the Court finds a status hearing necessary, it will contact the

22   parties with the hearing date and time.

23   **IT IS SO ORDERED.**

24

25   Dated:   10/05/07

26                                                  MARTIN J. JENKINS
                                                    UNITED STATES DISTRICT JUDGE
27

28