IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD HINMAN, GLENN DENT, and
ZBATCH, LLC,

    Petitioners,

  v.

FUJITSU SOFTWARE CORPORATION,

    Respondent.
_____/

No. C 05-3509 PJH

**ORDER TO SHOW CAUSE**

    Plaintiffs GLENN DENT and ZBATCH LLC, having failed to appear at the case management conference on April 17, 2008, and plaintiff HOWARD HINMAN and defendant FUJITSU having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why non-appearing plaintiffs' claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    A hearing on the order to show cause will be held on May 14, 2008, at 9:00 a.m., in conjunction with the hearing on defendant's motion to dismiss. If plaintiffs fail to appear at the hearing, their claims will be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: April 18, 2008

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE