UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD E. HINMAN, et al.,

    Petitioners,
    Cross-Respondents,

    v.

FUJITSU SOFTWARE CORPORATION,

    Respondent/
    Cross-Petitioner.
_____/

No. C 05-3509 PJH

**ORDER VACATING HEARING DATE**

    The court having dismissed the petition filed by Howard E. Hinman, Glenn K. Dent, and zBatch LLC in its entirety, and the cross-petition having become moot, the date for the hearing on the order to show cause, previously set for Wednesday, May 14, 2008, is VACATED.

**IT IS SO ORDERED**

Dated: May 2, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge