UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD E. HINMAN,

    Plaintiff,

v.

FUJITSU SOFTWARE CORPORATION,

    Defendant.

_____/

No. C 05-3509 PJH

**ORDER VACATING HEARING DATE**

The court has reviewed the moving and opposition papers filed in connection with defendant's motion for attorney's fees, and finds the motion appropriate for decision without oral argument. Accordingly, no hearing will be held. The date for the hearing, previously set for Wednesday, June 25, 2008, is VACATED. The court will issue a written order on the papers.

**IT IS SO ORDERED.**

Dated: May 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge