UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD E. HINMAN, et al.,

        Petitioners,

        v.

FUJITSU COMPUTER SYSTEMS CORP.,

        Defendant.
_____/

No. C 05-3509 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

        Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on defendant's motion for attorney's fees.

        The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: August 19, 2008

                                                  _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge