UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD E. HINMAN, et al.,

    Petitioners

    v.

FUJITSU COMPUTER SYSTEMS CORP.,

    Respondent.
_____/

No. C 05-3509 PJH

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Bernard Zimmerman's Report and Recommendation regarding the motion for attorney's fees filed by respondent Fujitsu Computer Systems Corporation ("Fujitsu"), as well as petitioner Howard E. Hinman's objections to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, it is hereby ORDERED that Fujitsu be awarded $133,018.01 in attorney's fees and $14,499.89 in costs, against Howard E. Hinman, Glen K. Dent, and zBatch LLC.

**IT IS SO ORDERED.**

Dated: December 8, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge